**DENIED and Opinion Filed July 10, 2024**



In The
### Court of Appeals
### Fifth District of Texas at Dallas

**No. 05-24-00799-CV**

**IN RE JORDAN ALYOUSEF, Relator**

**Original Proceeding from the County Court at Law No. 2
Grayson County, Texas
Trial Court Cause No. 2019-376P**

## MEMORANDUM OPINION
Before Justices Partida-Kipness, Nowell, and Miskel
Opinion by Justice Miskel

Before the Court is relator's July 3, 2024 petition for writ of mandamus challenging (1) the trial court's purported order approving a claim from the administrator and (2) the trial court's purported failure to remove the administrator. Upon review, relator's petition does not meet the requirements of the Texas Rules of Appellate Procedure for consideration of mandamus relief. *See In re Backusy*, No. 05-23-00674-CV, 2023 WL 4540278, at *1 (Tex. App.—Dallas July 14, 2023, orig. proceeding) (mem. op.); TEX. R. APP. P. 52.1, 52.3(g), 52.3(j)–(k), 52.7(a). For example, relator failed to file with the petition an appendix or record containing documents showing the matter complained of and any other documents material to

his claim for relief. *See* TEX. R. APP. P. 52.3(k)(1)(A), 52.7(a)(1); *In re Skinner*, No. 05-23-00930-CV, 2023 WL 6618295, at *1 (Tex. App.—Dallas Oct. 11, 2023, orig. proceeding) (mem. op.) (explaining that it is relator's burden to provide the Court with a sufficient record to show entitlement to mandamus relief). Additionally, relator omitted the rule 52.3(j) certification required for consideration of mandamus relief. *See* TEX. R. APP. P. 52.3(j); *In re Stewart*, No. 05-19-01338-CV, 2020 WL 401764, at *1 (Tex. App.—Dallas Jan. 24, 2020, orig. proceeding) (mem. op.) (explaining that our precedent requires "exceptionally strict compliance" with rule 52.3(j)).

Accordingly, we deny relator's petition for writ of mandamus.


/Emily Miskel/
EMILY MISKEL
240799F.P05                               JUSTICE